IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPECIAL MARKETS INSURANCE CONSULTANTS, INC., a Wisconsin Corporation,<br><br>                Plaintiff,<br>v.<br>KENT LYNCH and JOANNA LYNCH a/k/a JOANNA BARTLEY,<br><br>                Defendants. | Civil Action No. 2011 cv 09181<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Geraldine Soat Brown |

### STIPULATED MOTION FOR DISMISSAL

Plaintiff Special Markets Insurance Consultants, Inc. and Defendants Kent Lynch and JoAnna Lynch, pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing all claims in this action WITHOUT PREJUDICE, subject only to the Court's retaining jurisdiction to enforce the terms of a certain Settlement Agreement entered between the parties resolving, releasing and compromising all matters between them, each party to bear its own costs, expenses and attorneys' fees. This Dismissal shall automatically become a Dismissal With Prejudice unless the case is reopened on or before November 15, 2013, solely to enforce the Settlement Agreement.

s/ _____
Steven M. Laduzinsky
Neil S. Goldsmith
Laduzinsky & Associates, P.C.
216 S. Jefferson Street, Suite 301
Chicago, Illinois 60661
(312) 424-0700 Telephone
(312) 424-2646 Facsimile

*Counsel for Special Markets Insurance Consultants, Inc.*

s/ _____
Michael H. Baniak
Sandra B. Weiss
Christian B. Hines
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive, Suite 3100
Chicago, Illinois 60606
(312) 913-0001 Telephone
(312) 913-0002 Facsimile

*Counsel for Kent Lynch and JoAnna Lynch a/k/a JoAnna Bartley*

SO ORDERED.

Date: June 8, 2012

_____
United States ~~District~~ Judge
MAGISTRATE